Case 2:08-cr-00178-LRS   Document 464   Filed 01/14/16

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 14, 2016**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR-08-00178-LRS-6 |
| MARTIN COE ) | USM No: 12588-085 |
| Date of Original Judgment: 03/23/2010 ) | |
| Date of Previous Amended Judgment: ) | Andrea K. George |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✔] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✔] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   156   months **is reduced to**   140  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/23/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/14/2016

*Judge's signature*

Effective Date:  _____    The Honorable Lonny R. Suko    Senior Judge, U.S. District Court
*(if different from order date)*   *Printed name and title*